UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH BROWN,<br>Plaintiff.<br>v.<br>UNITED STATES OF AMERICA; STATE OF NEVADA<br>Defendants. | Case No. 2:26-cv-03227-ART-EJY<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

On October 1, 2026, Plaintiff Kenneth Brown filed an application to proceed in forma pauperis and a Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody. (ECF No. 1.)

Magistrate Judge Elayna Youchah issued a Report and Recommendation ("R&R") recommending that the application to proceed in forma pauperis be denied and that the motion be dismissed without prejudice and without leave to amend. (ECF No. 3.) Judge Youchah concluded that because Mr. Brown is in state custody, he must challenge his sentence under 28 U.S.C. § 2254, the habeas corpus statute that provides federal remedies for those in state custody, rather than 28 U.S.C. § 2255, which governs those seeking relief while in federal custody. (*Id.* at 2-3.) Judge Youchah also attached the § 2254 filing form to the R&R as Exhibit A. (*Id.* at 4-20.)

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1). Parties have fourteen days from being served with an R&R to provide written objections. *Id.* Where no party objects in that period, the district court is not required to perform any review of the magistrate judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Mr. Brown did not object to Judge Youchah's recommendation within the statutory fourteen-day period, and the time to do so has now expired. Moreover, the Court agrees that Mr. Brown's concerns are properly raised under 28 U.S.C. § 2254, not under § 2255.

It is therefore ordered that Judge Youchah's R&R (ECF No. 3) is ADOPTED.

It is further ordered that Mr. Brown's application to proceed in forma pauperis is DISMISSED WITHOUT PREJUDICE.

It is further ordered that Mr. Brown's motion under 28 U.S.C. § 2255 is DISMISSED WITHOUT PREJUDICE and WITHOUT LEAVE TO AMEND. Mr. Brown has until November 23, 2026, to raise his concerns by filing the 28 U.S.C. § 2254 form.

It is further ordered that the Clerk of Court SEND Mr. Brown the approved form for filing a 28 U.S.C. § 2254 petition and instructions for the same.

Dated this 23rd day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE